JS-6

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE CARLOS HERNANDEZ,<br>                    Petitioner,<br>          v.<br>CRAIG KOENIG, Warden,<br>                    Respondent. | Case No. 8:19-cv-02308-JGB (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated: <u>October 30, 2023</u>


HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE